AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| SUNAIKY MONTANO DELGADO | ) Case No. 20-6004-SNOW |
| and | ) |
| CLAUDIA VALDES CARBALLO | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __01/05/2020__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 and 2 | THEFT OF MAIL |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

_____
Complainant's signature

Miguel Rivera-Cuadrado, Postal Inspector, USPIS
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/7/20

_____
Judge's signature

City and state:   Ft. Lauderdale, Florida      Lurana S. Snow, Uniated States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Miguel A. Rivera-Cuadrado, Postal Inspector, being duly sworn, depose and state the following:

1. I am employed as a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since September, 2019. I am currently assigned to the Miami Division of the USPIS, specifically, to the Mail Theft/Violent Crimes Team. As a Postal Inspector, I investigate crimes involving the United States Postal Service ("USPS"), including theft of mail and assaults against USPS employees.

2. The statements contained in this affidavit are based upon my personal knowledge as well as documents provided to me in my official capacity, investigation, information provided by sworn law enforcement officers from the Broward County Sheriff Office (BSO), my review of the documents and records related to his investigation; communication with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience as a Postal Inspector.

3. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging SUNAIKY MONTANO DELGADO ("DELGADO") and CLAUDIA VALDES CARBALLO ("CARBALLO") with Theft of Mail, in violation of Title 18, United States Code, Section 1708. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

4. On January 5, 2020, the USPIS was notified by BSO that suspects DELGADO and CARBALLO were in custody for stealing mail from several mail boxes in Broward County

and other surrounding areas. According to law enforcement, DELGADO and CARBALLO possessed several pieces of mail, each addressed to persons other than themselves.

5. More specifically, on January 5, 2020, at approximately 2:55 AM, a BSO officer conducting burglary patrol observed a female, later identified as SUNAIKY MONTANO DELGADO wearing all black clothing, carrying a black backpack, and standing next to an open mail box, located at 11840 S.W. 51st Ct., Cooper City, FL 33330. When approached, DELGADO told the BSO officer that she was lost and was looking for her friend. Thereafter, with the assistance of the BSO officer, DELGADO contacted her friend, CLAUDIA VALDES CARBALLO, who stated that she was on her way to pick up DELGADO. DELGADO thereafter handed over her backpack to the BSO deputy and consented to a search of its contents. Located therein, the BSO officer observed numerous pieces of mail addressed to individuals from the surrounding neighborhood, other than DELGADO. When the BSO deputy attempted to detain DELGADO, she fled from the officer. After a short foot chase, DELGADO was apprehended and taken into custody.

6. Shortly after DELGADO'S detention, the BSO deputy observed a female, later positively identified as CLAUDIA VALDES CARBALLO, arrive on the scene driving a black GMC Terrain, which had previously been reported as stolen. Upon looking inside the vehicle, the BSO deputy observed a book bag and numerous mail pieces in plain view on the rear seat and floorboard of the vehicle. The BSO deputy immediately had CARBALLO exit the vehicle and placed her under arrest. A search incident to arrest of the vehicle by BSO deputies revealed additional stolen mail as well as stolen credit cards, none of which were addressed to or in the name of the defendants.

7. After being advised of her *Miranda* rights, in a recorded statement, DELGADO admitted to stealing all the mail and credit cards found both inside the vehicle as well as inside the black backpack being carried by her at the time of her detention. She also stated that she picked up CARBALLO at her aunt's house located in Naples, Florida on January 4, 2020.

8. In a post arrest statement, CARBALLO denied having any knowledge of either the stolen mail or the stolen credit cards found inside of the vehicle she was driving, and stated she was sleeping on the passenger side of the vehicle the entire time and did not know mail was being stolen. When asked by a BSO detective why she had a credit card not belonging to her in her possession, she stated she did not know how it got into her wallet but that she would take responsibility for having it. Moreover, she added that she was staying at DELGADO's brother house in Pembroke Pines, and was picked up by DELGADO the day of the incident.

9. On January 5, 2020, after verifying the pieces of mail found inside DELGADO'S black backpack, BSO Detectives made contact with 2 victims. Both victims were neighbors from the area in which DELGADO was found stealing mail and they each confirmed that they did not give DELGADO permission to take their mail. Additionally, Postal Inspector Rivera-Cuadrado contacted victim P.B. whose mail was also found inside DELGADO'S black backpack, and he too stated that he did not know the suspects and did not give them authorization to retrieve or possess his mail.

10. Based on the above facts, I submit that there is probable cause to believe that DELGADO and CARBALLO did unlawfully possess any letter and mail, and any article and thing contained therein, which had been stolen, taken, and abstracted from and out of any letter box, mail receptacle, and other authorized depository for mail matter, knowing the same to have

been stolen, taken, and abstracted from and out of an authorized depository for mail matter, in violation of Title 18, United States Code, Sections 1708 and 2.

***FURTHER YOUR AFFIANT SAYETH NAUGHT.***

Miguel A. Rivera-Cuadrado,
Postal Inspector
U.S. Postal Inspection Service

Sworn to and subscribed before me
this ___ day of January, 2020.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

4